IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN THE MATTER OF | ) | ORDER TO TRANSFER |
| THE REGISTRY OF THE COURT | ) | REGISTRY MONIES TO THE TREASURY IN THE NAME AND TO THE CREDIT OF THE UNITED STATES |

It appears that certain monies in the following cases are on deposit in the Registry of the Court pursuant Title 28, Section 2041 of the United States Code:

| Case # | Name | Date Deposited | Amount |
|---|---|---|---|
| 95-B-2525 | *John Vaszlavik, et. al. v. Storage Technology Corporation* | December 9, 1999 | 885.39 |
| 99-CR-51 | *United States of America v. Christopher Michael Mitchell* | August 4, 1999 | 250.00 |
| 99-CR-330 | *United States of America v. David Edward Anderson* | October 13, 1999 | 1,000.00 |
| 99-K-2253 | *Giant Merchandising v. John Does 1-100, et. al.* | November 23, 1999 | 100.00 |
| | | Total | $ 2,235.39 |

The right to withdraw these monies, has been adjudicated or is not in dispute and the monies have remained so deposited for at least five years unclaimed by the person entitled thereto. Therefore, pursuant to Title 28, Section 2042 of the United States Code, it is

ORDERED that the Clerk of the Court shall deposit the monies listed above, for a total amount of $2,235.39, in the Treasury in the name and to the credit of the United States.

DATED at Denver, Colorado, this 28th day of June 2005.

BY THE COURT:

Lewis T. Babcock, Chief Judge
United States District Court